


# THE LAW FIRM OF
# JEFFREY S. DWECK, P.C.
100 West 33rd Street • Suite 1017
New York, New York 10001

(212) 502-6150
Fax: (212) 502-2010
Email: Jeffrey@dweckny.com

Jeffrey S. Dweck, Esq.*

*Of Counsel:*
Jack A. Aini, Esq.

\* Also admitted in New Jersey.

July 19, 2007

<u>Via Fax (212-805-7924; Phone: 212-805-0192)</u>
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    Hardy vs. Regines Originals Inc., at al.
            Case No. 07 CV 6128
            <u>Defendants' First Request for Extension of Time to Respond to Complaint</u>

Dear Judge Stein:

We are writing with respect to the above-referenced case and on behalf of both uamed defendants.

The purpose of our letter is to obtain, from the Court, a 30-day extension of time by which to appear, answer or otherwise respond to the Complaint filed in this case. We understand that (at last with respect to the corporate defendant) a response may be due today, July 19, 2007.

When our client became aware of this lawsuit and sought our help as general counsel, we tried to obtain an extension on consent. And while plaintiff's counsel was willing to grant the courtesy, it was not without asking for waivers of certain rights or defenses. We explained to counsel that because we were general counsel only and because the case seemed like a serious and specialized matter, we would likely not be handling this litigation. As such, we did not want to prejudice defense counsel (who our client is currently in the process of looking for) in any way and preferred the extension "no strings attached," which plaintiff's counsel felt they could not grant.

In addition, service upon the corporate defendant was made upon the Secretary of State, who followed with a first class mailing, effectively diminishing the 20-day answer period.

Thus, we respectfully ask the Court to grant the defendants 30 days from today by which to appear, answer or otherwise respond to the Complaint. This is the first such request in this action.

Very truly yours,

THE LAW FIRM OF
JEFFREY S. DWECK, P.C.

cc: Law Office of William Coudert Rand
711 Third Avenue, Suite 1505
New York, New York 10017
Attention: William C. Rand, Esq.
(Via Fax: 212-599-7909)

The time for defendants to answer or move with respect to the complaint is extended to Aug. 20, 2007, and the initial pretrial conference is adjourned from 8/9/07 to 8/23/07, at 10:30 a.m.

SO ORDERED 7/19/07

SIDNEY H. STEIN
U.S.D.J.