UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY HARDY,
Individually and on Behalf of All Other Persons
Similarly Situated,

               Plaintiffs,

   -against-

REGINE'S ORIGINALS INC., HARUN DUSI,
And JOHN DOES #1-10, Jointly and Severally,

               Defendants.
-----------------------------------------------------------X

ECF
07 Civ. 6128 (SHS)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANTHONY HARDY, REGINE'S ORIGINALS INC., HARUN DUSI, Individually, ("Plaintiff") and Defendants (together "Defendants"), through their undersigned attorneys, that the Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for 14 days from August 20, 2007 to and including September 4, 2007. *The conference is adjourned to Sept. 14, 2007, at 10:00 a.m.*

DATED: AUGUST 16, 2007

*[signature]*

William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiff

*[signature]*

Todd Krakower, Esq. (TJK-4568)
GREENWALD DOHERTY, LLP
151 North Main Street

SO ORDERED 8/17/07

*[signature]*

1