07 Civ.6128(SHS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANTHONY HARDY, Individually and on Behalf of All Other Persons similarly situated,

Plaintiffs,

-against-

REGINE'S ORIGINALS, INC., HARUN DUSI, And JOHN DOES #1-10, Jointly and Severally,

Defendants.

07-~~06~~-CIV-6128 (SHS)

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Court having reviewed the settlement of the parties in camera, *and having a conference on 9/20/07* and approving said settlement, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Anthony Hardy hereby dismisses with prejudice all claims asserted in the above captioned case. Each party shall bear its own costs and attorneys' fees (except as set forth in the Confidential Settlement Agreement). The Court shall retain jurisdiction to enforce the terms of the settlement which is hereby incorporated by reference. This Stipulation does not prejudice the rights, if any, of any members of any alleged putative class action and/or collective action other than Plaintiff.

*recorded in open court concluding the matter*

15

A10

Entered into this 18th day of September, 2007.

| GREENWALD DOHERTY LLP | LAW OFFICE OF WILLIAM C. RAND |
|---|---|
| By: _____ | By: _____ |
| Todd Krakower (TK-4568) | William C. Rand (WR-7685) |
| Attorneys for Defendants | Attorney for Plaintiff |
| 151 N. Main Street, 4th Floor | 717 Third Avenue, Suite 1505 |
| P.O. Box 490 | New York, NY 10017 |
| New City, New York 10956 | |

9/20/07

SO ORDERED: _____

Hon. Sidney H. Stein, U.S.D.J.

A12